Argued November 29, affirmed November 29, 1972

STATE OF OREGON, *Respondent, v.* RICHARD
DEE RASMUSSEN (No. 71 4062),
*Appellant.*

502 P2d 1394

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.